MEGAN DIXON (State Bar No. 162895)
MARK V. HOOGLAND (State Bar No. 244559)
**HOGAN & HARTSON, L.L.P.**
4 Embarcadero Center, 22nd floor
San Francisco, California 94111
Telephone:    (415) 374-2300
Facsimile:    (415) 337-2499

Attorneys for Plaintiff
SUN MICROSYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| SUN MICROSYSTEMS, INC.,<br><br>                    Plaintiff,<br><br>    vs.<br><br>UNIX SURPLUS, an entity of unknown form;<br>JOHN BODO, an individual; AND DOES 1-10,<br>                              Defendants. | Case No.:<br><br>**COMPLAINT FOR INJUNCTIVE<br>RELIEF AND DAMAGES**<br><br><u>JURY TRIAL DEMANDED</u> |

Plaintiff SUN MICROSYSTEMS, INC. alleges as follows:

## JURISDICTION AND VENUE

1.      This case is an action for trademark infringement and false advertising under the Lanham Act of 1946, 15 U.S.C. Sections 1051 *et seq.* (the "Lanham Act") and for related accounting claims.  This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. Section 1338 and under 28 U.S.C. Section 1331 because this case arises under the trademark laws of the United States, 15 U.S.C. Sections 1051 *et seq.*

2.      Venue is proper in the Northern District of California pursuant to 28 U.S.C. Sections 1391 and 1400(a) because a substantial part of the events giving rise to this Complaint and a substantial part of the property that is the subject of this action are situated in this District and because Plaintiff is informed and believes, and on that basis alleges, that some or all of the Defendants reside and/or have principal business offices in this District.

## INTRADISTRICT ASSIGNMENT

3.      This is an intellectual property action excepted from intra-district assignment under Local Rule 3-2(c).

## PARTIES

4.      Plaintiff SUN MICROSYSTEMS, INC. ("SUN" or "Plaintiff") is a California corporation with its principal place of business at Santa Clara, California.

5.      Plaintiff is informed and believes, and on that basis alleges, that Defendant Unix Surplus ("UNIX" or "Defendant") is an entity of unknown form, with its principal place of business located at 691 Walsh Avenue, Santa Clara, California.

6.      Plaintiff is also informed and believes, and on that basis alleges, that Defendant John Bodo ("BODO" or "Defendant") is an individual who resides in the State of California.

7.      Plaintiff is also informed and believes, and on that basis alleges, that BODO is the principal of UNIX, and was the conscious, active and dominant force behind the unlawful acts of UNIX as alleged in this Complaint.

8.      Plaintiff is informed and believes, and on that basis alleges, that Defendants DOES 1 through 10 are subject to the jurisdiction of this Court.  Said Defendants, either alone or

1

through their agents, servants, and employees, are distributing, selling, and/or offering for sale goods and merchandise which infringe, bear, displace and/or use, without authorization from Plaintiff, one or more of Plaintiff's SUN TRADEMARKS, or conspired to do so. The identities of the various individual and corporate Defendants are unknown to Plaintiff at this time.

9.    Plaintiff is informed and believes, and on that basis alleges, that Defendants, and each of them, are individuals or business entities acting either alone or in concert with the other Defendants in committing the wrongful acts alleged herein.

## FACTUAL ALLEGATIONS

### The Sun Trademarks

10.    Sun Microsystems was founded in 1982 and has for the past 26 years engaged in the business of manufacturing and selling network computing infrastructure solutions that include computer systems, software, storage and services.

11.    Plaintiff's core brands include the Java technology platform, the Solaris operating system, MySQL, StorageTek and the UltraSPARC processor. Attached hereto as Exhibit A is a true and correct copy of an official SUN Corporate Overview, dated November 2008, available at <http://www.sun.com/aboutsun/media/presskits/SunCorporateBackgrounder.pdf> (last checked December 2, 2008).

12.    The SUN brand has grown dramatically since its introduction in 1982 to an international manufacturing, sales, and marketing company with over 30,000 employees worldwide. Plaintiff strongly promotes its brand and its products through advertising, point of sale materials, promotional materials, event sponsorships, and consumer electronics shows. Plaintiff has developed a state of the art website located at <http://www.sun.com/> which advertises, promotes and sells SUN products including software, servers, storage, desktop solutions, microelectronics and more.

13.    The SUN brand is well known among consumers of network computing platforms. The SUN brand has received widespread acclaim from computing industry experts. Attached as Exhibit B is the November 2008 issue of "*Good News from Sun Microsystems*" a sampling of recent awards and commentary about SUN products, dated November 2008,

2

available at <http://www.sun.com/aboutsun/goodnews/pdfs/monthly_1108.pdf> (last checked December 2, 2008).

14.    Since its incorporation in 1982, Plaintiff has continuously used the name and mark SUN MICROSYSTEMS in interstate commerce.  On March 4, 1986, Plaintiff was issued a federal registration for the mark SUN in class 9 for "Computer hardware . . . and Computer software, namely, programs recorded on magnetic disks and tapes."  On June 15, 1993, Plaintiff was issued a federal registration for the mark SUN in Class 9 for "[c]omputers[] and computer operating systems software and computer software for use in the field of computer networking . . . ."  In addition to its exclusive rights to the name and mark SUN, Plaintiff owns federal trademark and service mark registrations and/or common law rights on a host of SUN-denominated marks (collectively, the "SUN TRADEMARKS").  Many of Plaintiff's federally registered marks have achieved <u>incontestable</u> status within the meaning of 15 U.S.C. § 1065.

15.    The SUN TRADEMARKS include, but are not limited to, the following twelve <u>incontestable</u> U.S. Trademark Registrations for various types of computer hardware, computer software, computer peripherals, and related goods and services:

- SUN—Registration No. 1776322; Application Date: 06/29/1992; Registration Date: 06/15/1993
- SUN (and Logo)—Registration No. 1794747; Application Date: 06/29/1992; Registration Date: 09/28/1993
- SUN MICROSYSTEMS—Registration No. 1376942; Application Date: 05/04/1983; Registration Date: 01/07/1986
- SUN—Registration No. 1384991; Application Date: 05/24/1983; Registration Date: 03/04/1986
- SUNLINK—Registration No. 1513411; Application Date: 10/05/1987; Registration Date: 11/22/1988
- SUN SITE—Registration No. 1938422; Application Date: 11/14/1994; Registration Date: 11/28/1995

3

COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES

- SUNSPECTRUM—Registration No. 1867206; Application Date: 04/29/1993; Registration Date: 12/13/1994
- SUN MICROSYSTEMS—Registration No. 2368045; Application Date: 02/22/1999; Registration Date: 07/18/2000
- SUN MICROSYSTEMS (and Logo)—Registration No. 2497599; Application Date: 09/15/1999; Registration Date: 10/16/2001
- SUN RAY—Registration No. 2530320; Application Date: 04/30/1999; Registration Date: 01/15/2002
- SUNSTART—Registration No. 1731627; Application Date: 06/14/1990; Registration Date: 11/10/1992
- SUN MICROSYSTEMS (and Logo)—Registration No. 2463402; Application Date: 09/15/1999; Registration Date: 06/26/2001

16.     These incontestable SUN TRADEMARKS are entitled to deference and special privileges. Third parties may not claim that these SUN TRADEMARKS were improperly registered or challenge SUN's ownership.  Third parties also lose the right to assert the affirmative defense that the SUN TRADEMARKS are merely descriptive of goods or services. *See* 15 U.S.C. Section 1065.

17.     The SUN TRADEMARKS also include U.S. Trademark Registrations for pleaded marks covering various types of computer hardware, computer software, computer peripherals, and related goods and services, including, but not limited to the following:

- SUN STOREDGE—Registration No. 2679289; Application Date: 01/28/1998; Registration Date: 01/28/2003
- MY SUN—Registration No. 2653106; Application Date: 11/05/1999; Registration Date: 11/26/2002
- SUNTONE—Registration No. 2663626; Application Date: 04/08/1999; Registration Date: 12/17/2002
- SUNTONE—Registration No. 2672493; Application Date: 04/08/1999; Registration Date: 01/07/2003

4

- SUN CERTIFIED (and Design)—Registration No. 3228271; Application Date: 01/06/2000; Registration Date: 04/10/2007

18.     Plaintiff is currently and at all relevant times has been the sole proprietor of all right, title and interest to the SUN TRADEMARKS, and has manufactured, sold and distributed the SUN TRADEMARKS in strict conformity with the provisions of the Lanham Act and all other laws governing trademarks.

19.     Plaintiff has used the SUN TRADEMARKS in connection with the manufacture and marketing of various items of computing equipment, including but not limited to, server systems and various other similar items, and all copies of the SUN TRADEMARKS made by Plaintiff or under its authority or license have been made in strict conformity with the provisions of the Lanham Act and all other laws governing trademarks.  Plaintiff has used the SUN TRADEMARKS on and in connection with its products on a continuous and regular basis throughout the entire United States and in many foreign countries.

20.     Plaintiff and its licensees have spent substantial time and money to advertise, publicize, and promote the sale of products bearing the SUN TRADEMARKS throughout the United States and the world.  Plaintiff and its licensees have sold many millions of dollars worth of products bearing the SUN TRADEMARKS throughout the world, including the United States and this judicial district.

21.     Plaintiff has used many of the SUN TRADEMARKS, among other things, to denote its computer hardware, software and network-related products and services.  SUN's name and the SUN TRADEMARKS have been promoted extensively by Plaintiff and enjoy widespread recognition.  As a result, SUN's name and the SUN TRADEMARKS have become well known among consumers and users of computer systems, software and related services as identifying designations for SUN's products and services.  Plaintiff has developed substantial goodwill in its name and in the SUN TRADEMARKS.

///

//

/

COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES

Defendants' Knowing and Willful Copying and Infringement of Plaintiff's Trademark

22.     The UNIX website, <http://unixsurplus.zoovy.com/>, states: "We specalize [sic] in custom configured Sun Microsystems servers." A true and correct copy of the UNIX homepage, printed on November 25, 2008, is attached to this Complaint as Exhibit C.

23.     The UNIX website prominently features the SUN TRADEMARKS and advertises multiple SUN products for sale, including, on the date visited, the SUN "Sparc 5" and several "Sun Ultra" versions.

24.     Plaintiff is informed and believes, and on that basis alleges, that Defendants, and each of them, offer products bearing the SUN TRADEMARKS, including but not limited to the products described herein, at other retail establishments in the United States and eBay.

25.     Plaintiff is informed and believes, and on that basis alleges, that Defendants, and each of them, knowingly and willfully directly copied some or all of the SUN TRADEMARKS in their entirety. Plaintiff is further informed and believes, and on that basis alleges, that Defendants, and each of them, copied some or all of the SUN TRADEMARKS for the specific purpose of infringing Plaintiff's trademarks to aid in selling illegal, unauthorized and counterfeit copies of products purportedly manufactured by SUN.

26.     Plaintiff is informed and believes, and on that basis alleges, that long after Plaintiff created the SUN TRADEMARKS, Defendants began to manufacture, distribute, and sell various products that bear direct copies of the SUN TRADEMARKS.

27.     Plaintiff is informed and believes, and on that basis alleges, that Defendants are attempting to pass their products off as if they are SUN products in a manner calculated to deceive Plaintiff's customers and members of the general public, in that Defendants have directly copied the images of the SUN TRADEMARKS in an effort to make Defendants' infringing counterfeit products confusingly similar to Plaintiff's products, and in that they have modified the SUN products using non-SUN components that they are then attempting to pass off as SUN products.

28.     The natural, probable and foreseeable result of Defendants' wrongful conduct has been, and will continue to be, to deprive Plaintiff of the benefits of using the SUN

1  TRADEMARKS, to deprive Plaintiff of goodwill, and to injure Plaintiff's relations with present

2  and prospective customers.

3       29.     Plaintiff is informed and believes, and on that basis alleges, that it has lost and

4  will continue to lose substantial revenues from the sale of products bearing the SUN

5  TRADEMARKS and other products and will sustain damages as a result of Defendants'

6  wrongful conduct and production and sale of infringing counterfeit products. Defendants'

7  wrongful conduct has also deprived and will continue to deprive Plaintiff of opportunities for

8  maintaining and expanding its goodwill.

9       30.     Plaintiff is informed and believes, and on that basis alleges, that unless enjoined

10  by this Court, Defendants intend to continue their course of conduct and to wrongfully use,

11  infringe upon, counterfeit, falsely advertise, sell and otherwise profit from the SUN

12  TRADEMARKS and works derived from them. As a direct and proximate result of the acts of

13  Defendants alleged above, Plaintiff has already suffered irreparable damage and has sustained

14  lost profits. Plaintiff has no adequate remedy at law to redress all of the injuries that Defendants

15  have caused and intend to cause by their conduct. Plaintiff will continue to suffer irreparable

16  injury and damage and sustain lost profits until Defendants' actions alleged above are enjoined

17  by this Court.

18                        **FIRST CLAIM FOR RELIEF**

19          Trademark Infringement – Section 1114 of the Lanham Act

20               (Against All Defendants)

21       31.     Plaintiff incorporates herein and realleges, as if fully set forth in this paragraph,

22  the allegations contained in Paragraph Nos. 1 through 30 above.

23       32.     Plaintiff has built up valuable goodwill in the SUN TRADEMARKS and goods

24  bearing the SUN TRADEMARKS.

25       33.     Defendants, with full knowledge of the notoriety of the SUN TRADEMARKS,

26  intended to and did trade on the goodwill associated with the trademarks, and have misled and

27  will continue to mislead the public into assuming a connection between the goods of Plaintiff

28

1   and Defendants through the sale and distribution of products which bear the registered SUN

2   TRADEMARKS.

3        34.     By their actions alleged above, Defendants have infringed and will continue to

4   infringe the SUN TRADEMARKS by counterfeiting and selling products which purport to be,

5   but are not, SUN products.

6        35.     Plaintiff is entitled to an injunction restraining Defendants, their officers, agents

7   and employees, and all persons acting in concert with them, from engaging in any further such

8   acts in violation of the trademark laws.

9        36.     Plaintiff is further entitled to recover from Defendants the damages, including

10  attorneys' fees, it has sustained and will sustain, and any gains, profits and advantages obtained

11  by Defendants as a result of Defendants' acts of infringement alleged above.  At present, the

12  amount of such damages, gains, profits and advantages cannot be fully ascertained by Plaintiff.

13  **SECOND CLAIM FOR RELIEF**

14  False Advertising – Section 1125(a) of the Lanham Act

15  (Against All Defendants)

16       37.     Plaintiff incorporates herein and realleges, as if fully set forth in this paragraph,

17  the allegations contained in Paragraph Nos. 1 through 36 above.

18       38.     Defendants have used in commerce words, terms, names, symbols, devices,

19  combinations and/or false or misleading designations of origin, false or misleading descriptions

20  of fact, and/or false or misleading representations of fact, which: (a) are likely to cause

21  confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of

22  UNIX with SUN and/or the SUN TRADEMARKS, or as to the origin, sponsorship, or approval

23  of SUN goods, services and/or commercial activities by Defendants; and/or (b) in commercial

24  advertising or promotion, misrepresent the nature, characteristics, or qualities of SUN goods,

25  services or commercial activities.

26       39.     Defendants' acts are in violation of 15 U.S.C. Section 1125(a) and Plaintiff has

27  been and is likely to be damaged by these acts.

28

COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES

## THIRD CLAIM FOR RELIEF

Accounting

(Against All Defendants)

40.     Plaintiff incorporates herein and realleges, as if fully set forth in this paragraph, the allegations of Paragraph Nos. 1 through 39 above.

41.     Defendants' infringement of the SUN TRADEMARKS, and Defendants' sale and distribution of infringing products in the United States without authorization has benefited and continues to benefit Defendants.

42.     As a result, Defendants owe Plaintiff restitution and disgorgement of profits, if any, of an amount unknown to Plaintiff, and which amount cannot be ascertained without an accounting of the receipts and disbursements, profit and loss statements, and other financial materials, statements and books from Defendants.

43.     Plaintiff is therefore entitled to an accounting of Defendants' records.

## PRAYER FOR RELIEF

WHEREFORE, by virtue of the unlawful conduct of Defendants as alleged in this Complaint, Plaintiff respectfully prays:

1.   On the First and Second Claims for Relief:

    a.   That the Court issue a temporary restraining order, a preliminary injunction, and thereafter a permanent injunction enjoining Defendants, their officers, directors, principals, agents, servants, employees, successors and assigns, and all those persons in active concert or participation with them, from:

        (1)   imitating, copying or making unauthorized use of the SUN TRADEMARKS;

        (2)   manufacturing, printing, producing, distributing, circulating, selling, offering for sale, advertising, promoting or displaying any product bearing any simulation, reproduction, counterfeit, copy or colorable imitation of the SUN TRADEMARKS; and

        (3)   using any simulation, reproduction, counterfeit, copy or colorable imitation of the SUN TRADEMARKS, in connection with the promotion,

9

1  advertisement, display, sale, offering for sale, manufacture, printing,

2  production, circulation or distribution of any product.

3  b.  That judgment be entered for Plaintiff and against Defendants for Plaintiff's

4  actual damages arising from Defendants' infringement of the SUN

5  TRADEMARKS, plus any profits attributable to infringements of Plaintiff's

6  trademarks, according to proof at trial.

7  c.  That judgment be entered for Plaintiff and against Defendants for statutory

8  damages pursuant to the trademark statutes.

9  d.  That Defendants be required to recall from all distributors, wholesalers, jobbers,

10  dealers, retailers, brokers and all others known to Defendants, any originals,

11  copies, facsimiles or duplicates of any product shown by the evidence to infringe

12  the SUN TRADEMARKS.

13  e.  That Defendants be required to deliver up to be impounded during the pendency

14  of this action all copies of the SUN TRADEMARKS in Defendants' possession

15  or under Defendants' control, including all products, labels, signs, prints,

16  packages, dies, wrappers, receptacles and advertisements in Defendants'

17  possession or under their control, bearing any of Plaintiffs' trademarked material,

18  including the SUN TRADEMARKS or any simulation, reproduction, counterfeit,

19  copy or colorable imitation thereof, including without limitation webpages, and

20  all plates, molds, matrices, masters, tapes, films, negatives or other articles by

21  means of which such copies may be reproduced.

22  2.  On all Claims for Relief:

23  a.  Pre-judgment and post-judgment interest as allowed by law;

24  b.  Attorneys' fees and the costs of this action, as allowed by law; and

25  c.  Such other and further relief as the Court may deem just and proper.

26

27

28

COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES

DATED:  December 2, 2008.

HOGAN & HARTSON, L.L.P.

By _____
MEGAN DIXON
Attorneys for Plaintiff
SUN MICROSYSTEMS

COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES

# DEMAND FOR JURY TRIAL

Plaintiff is therefore entitled to an accounting of Defendants' records.

DATED: December 2, 2008.

HOGAN & HARTSON, L.L.P

By _____

MEGAN DIXON
Attorneys for Plaintiff
SUN MICROSYSTEMS

12

EXHIBIT
A

*Sun Microsystems Corporate Overview – November 2008*

**Company Profile:**
Sun Microsystems, Inc. (NASDAQ: JAVA) provides network computing infrastructure solutions that include computer systems, software, storage and services. Its core brands include the Java technology platform, the Solaris operating system, MySQL, StorageTek and the UltraSPARC processor.

By investing in research and development, Sun creates products and services that address the complex issues that customers face today, including increasing demands for network access, bandwidth and storage being driven by explosive growth in network participation and sharing. Sun innovates at all levels of the system and partners with market leaders to provide value and choice for its customers.

Sun's network computing infrastructure solutions are used in a wide range of industries including technical/scientific, business, engineering, telecommunications, financial services, manufacturing, retail, government, life sciences, media and entertainment, transportation, energy/utilities and healthcare. To read customer success stories please visit:
http://www.sun.com/customers/

Guided by a singular vision -- "The Network is the Computer" -- Sun drives network participation through shared innovation, community development and open source leadership. Sun shares technology in order to grow its communities, increase participation and build new markets and maintains partnerships with some of the most innovative technology companies in the world including AMD, Dell, Google, IBM, Intel, Oracle, Microsoft and Red Hat.

**Environmental Stewardship:**
Every day, dozens of companies benefit from Sun's environmental stewardship and eco responsible solutions that offer high performance and lower power, cooling, and space requirements.

Sun is among the top 10 Fortune 500 companies that lead the country by providing outstanding commuter benefits to a significant portion of its U.S. workforce to help decrease air pollution, traffic congestion and dependence on fossil fuels. As named by the EPA and U.S Department of Transportation, Sun tops the 2006 rankings as the number one company in the Computer and Office Equipment industry.

In April, 2007, Fortune Magazine proclaimed Sun Microsystems "the greenest computer company under the Sun." For more information on Sun's environmental stewardship, please visit http://www.sun.com/aboutsun/csr/.

**Vision, Mission, Cause:**
Since 1982, Sun has maintained that the network is the computer. Sun's vision is to see everyone and everything participating on the network. Sun's mission is to create technologies and fuel communities that enable sharing and participation. Sun's cause is to eliminate the digital divide. Eliminating the digital divide allows everyone to take part in opportunities and contribute to solutions regardless of their geographic location or economic situation.

**Strategy:**

Sun invests in research and development to create products and services that provide competitive differentiation for its customers and for developers adopting its technology. Sun integrates software, storage, services and systems, and Sun believes that volume drives value. Sun shares technology in order to grow its communities, increase participation and build new markets.

Employees: 33,423 worldwide
Media Resources: http://www.sun.com/news
Investor Resources: http://www.sun.com/investors
Ranking: #184 on the Fortune 500 (2008)
FY08 Revenue: $13.880 billion
Locations: Sun conducts business in more than 100 countries around the globe.

**Key Executives:**
- Jonathan Schwartz - Chief Executive Officer and President
- Scott McNealy - Chairman of the Board of Directors, Sun Microsystems, Inc., Chairman of Sun Federal, Inc.
- Greg Papadopoulos - Chief Technology Officer and Executive Vice President of Research and Development
- Michael Lehman - Chief Financial Officer and Executive Vice President of Corporate Resources
- Jon Benson - Senior Vice President, Storage
- Crawford Beveridge - Executive Vice President and Chairman, EMEA, APAC and the Americas
- Christine Bucklin - Senior Vice President, Corporate Strategic Planning
- Mike Dillon - Executive Vice President, General Counsel and Corporate Secretary
- David Douglas – Senior Vice President, Cloud Computing & Developer Platforms; Chief Sustainability Officer
- John Fowler - Executive Vice President, Systems
- Anil Gadre - Executive Vice President, Application Platform Software
- Lin Lee - Vice President, Global Communities
- Bill MacGowan - Chief Human Resources Officer and Executive Vice President, People and Places
- Peter Ryan - Executive Vice President, Global Sales and Services
- Mike Splain - Executive Vice President, Microelectronics; Sun Fellow; Sun Chief Engineer; CTO, Systems Group
- Brian Sutphin - Executive Vice President, Corporate Development & Alliances
- Ingrid Van Den Hoogen – Senior Vice President, Corporate Marketing
- Bill Vass - President and COO, Sun Microsystems Federal, Inc.
- Robert Worrall - Chief Information Officer

###

Sun Microsystems Facts at a Glance (updated: 11/08)
For more information: Sun Microsystems Public Relations, 650.786.7737, allpress@sun.com

EXHIBIT
B

# Good News *from Sun Microsystems*

*Published as of November 08*

Your source for news, results and views about Sun

» *"We have been called the greenest computer company on the planet."* Scott McNealy

## Customers Choose Sun:
### MySQL™ DB, GlassFish™ Server, Lustre™ File System, Sun Blade™ Servers, Sun Ray™ Thin Clients

When Belgian ERP provider Stésud needed to refresh its software infrastructure,  it selected Sun's GlassFish™ application server and Sun's MySQL Enterprise™ subscription. Benoit Lemaire, Stésud CEO, comments: "With Sun behind both GlassFish and MySQL, it was the best open-source infrastructure combination for our needs and for our customers' operations." Read More

The BMW Group has chosen Sun to provide managed-storage-on-demand services  and SAN infrastructure in Europe, the United States, South Africa, and Asia Pacific. Sun will also provide disk and tape infrastructure for the mainframe environment at BMW Group's Munich headquarters, and Sun Professional and Managed Services will help ensure mission-critical processes are maintained. Read more

Chevron Energy Technology Company, part of the United States' second-largest integrated energy company,   chose the Sun's Lustre™ file system to build high-performance computer clusters that can handle growing volumes of data. Read more

Music community Web site Last.fm implemented a Sun server and storage solution  for high-density computing with low power consumption. The company is now testing Sun Blade™ technology. "The Sun Blade T6320 server modules, with their UltraSPARC® T2 processor technology, could reduce the energy consumption on our Web-server pool by 40%," comments Mike Brodbelt, Director of Technical Operations and Infrastructure, Last.fm. Read more

Bangladesh-based City Bank has deployed Sun servers and storage to support ambitious growth.  "City Bank has relied on the Sun Microsystems platform for more than five years to support all its operations, including Retail Banking, Corporate and Investment Banking, SME Banking, and Treasury and Market Risks. We are very happy with our decision to go with Sun," says Kazi Mahmood Sattar, Managing Director and CEO, City Bank. Read more

NTT Data, Japan's largest system integrator, strengthened security and reduced maintenance requirements  by replacing PC-based terminals with Sun Ray™ 2FS virtual display clients powered by Sun Fire™ X4100 M2 servers. Tadashi Omura, Divisional Manager, Financial Systems Business Unit, NTT Data, comments: "The Sun Ray solution has saved us time and money and provided us with the security assurance we needed in our organization." Read more

## Leading Market Conversations:
### Eco Efficiency, Open Source, Virtualization, OpenOffice.org™ Software, Partner Growth Fund, Environmental Award, CSR Report

"We have been called the greenest computer company on the planet.  Our products are very-well suited to minimizing costs, for any particular compute characteristic, whether it is thin clients on the desktop, x86 servers, or [Sun's] SPARC, which is very low powered. There is a very interesting opportunity for people looking to save money," commented Sun's Chairman, Scott McNealy, in an interview with Financial Times. The interviewer, Stephen Pritchard confirmed "Sun has a healthy cash position, with $3.3bn in the bank, and intends to maintain its spending on research and development." Read More

In an interview in Computerworld, Jonathan Schwartz, CEO, Sun Microsystems,  detailed how Sun's energy-efficient technologies and open-source software mean that Sun is ready to help customers reduce costs during the current global economic difficulties. Read More

eWEEK's Scott Ferguson reported on the Gartner Symposium/ ITxpo,  where Gartner analysts considered how IT managers will be able to create virtual environments in datacenters that have a mixture of different hardware and operating systems. Ferguson noted that the Sun xVM Ops Center suite offers ways to "manage both the physical hardware and virtual environments." Read more

In his LinuxWorld article, "Recession worries? Go open source to cut costs," JT Smith comments: "This article is being written in the newly released [OpenOffice.org] 3 word processor, which is just as powerful as the Microsoft Office suite."
Read more

The Channel's Vera Alves reports on the SunSM Partner Advantage Program's Partner Growth Fund, which aims to help Sun partners in the ANZ region to boost customer demand.
Read more

Sun won an award from the U.S. Environmental Protection Agency. Vnunet.com's Shaun Nichols revealed that "[Sun] had originally planned to cut its 2002 emissions level by over 20 percent by 2012, but reached the milestone five years early."
Read more

In the Financial Times article "What do buyers REALLY want?," Stephen Pritchard considers how IT purchasing is changing. The article quotes Peter Ryan, Sun's executive vice president and global head of sales: "What people want to know now is what are the trends for the next few years, so they can use technology to support the core business goals. What does it mean, for example, to run a business over the network?"
Read more

Sun's latest Corporate Social Responsibility report includes comments from Jonathan Schwartz, Sun's CEO: "We create eco responsible solutions that deliver more performance, use less energy, and save money. We implement programs to reduce our impact on global climate change — and help others do the same. And as the leader in open source, we share our technologies with the global community to increase accessibility and participation." Read more

## Product Reviews Underscore Innovation: Sun xVM VirtualBox™ Platform, Sun SPARC Enterprise® T5440 Server, Sun Blade 6000 Server, JavaFX™ SDK, OpenOffice.org 3.0 Software

In his BizTalk Blog, Nick Heppleston describes Sun xVM VirtualBox™ software as "an excellent product that gets the seal of approval from this blogger." Read more

CRN's list of **25 Technology Products That Will Save You Money** included Sun xVM VirtualBox software: "Sun

Microsystems' xVM VirtualBox is free, open-source software that turns PCs into virtualization platforms that can run all of the major operating systems." Read more

PC World reports that "Sun Microsystems has doubled the capacity of its Niagara servers with the four-socket [Sun SPARC] Enterprise T5440 system, designed for running corporate databases and ERP (enterprise resource planning) applications." Read more

eWEEK's Scott Ferguson describes how Sun is adding to its range of blade servers — with systems that use Sun's UltraSPARC T2 Plus processor and AMD's quad-core Opteron™ processor — and has launched the Sun Blade 6000, a new storage blade that provides up to 1.2 TB of storage.
Read more

In SOAWorld, Joe Winchester commented on the JavaFX™ SDK preview that became publicly available last month: "My opinion of [JavaFX] is that it is a technology that could really change the way programs are created." Read more

PC Magazine's Edward Mendelson reviewed OpenOffice.org 3.0 software, commenting that it is: "the first and only application suite that can be seriously considered to be a substitute for the massive power and flexibility of Microsoft's suite." Mendelson also commented: "For governments and corporations that don't want to be dependent on Microsoft's formats and don't want to continue paying Microsoft's prices, OpenOffice.org 3.0 is a serious contender." Read more

## Get More!

- **Subscribe** by sending email to gn_admin@sun.com
- **Get** more good news from Sun
- **Join** a Sun community
- **See** proven results with customer references
- **Keep up** on Sun news and events
- **International Versions Available** in the following languages:
  Czech (čeština), Danish (dansk), Greek (ελληνική γλώσσα), Spanish (español), Finnish (suomen Kieli), Canadian French (français), French (français), German (deutsche), Hebrew (hebrew), Hungarian (magyar nyelv), Italian (italiano), Dutch (dutch), Norwegian (norsk), Swedish (svenska), Polish (język polski), Portuguese (português), Russian (русские), Turkish (türkçe), Simplified Chinese (正体字), Traditional Chinese (正體字), Japanese (日本語)

| Good News | Published as of November 08 |
|---|---|

Sun Microsystems, Inc. 4150 Network Circle, Santa Clara, CA 95054 - USA

© 2008 Sun Microsystems, Inc. All rights reserved. Sun, Sun Microsystems, the Sun logo, GlassFish, JavaFX, Lustre, OpenOffice.org, MySQL, MySQL Enterprise, Sun Blade, Sun Fire, Sun Ray, and VirtualBox are trademarks or registered trademarks of Sun Microsystems, Inc. or its subsidiaries in the United States and other countries. All SPARC trademarks are used under license and are trademarks or registered trademarks of SPARC International, Inc. in the U.S. and other countries. Products bearing SPARC trademarks are based upon an architecture developed by Sun Microsystems, Inc. Opteron is a trademark or registered trademark of Advanced Micro Devices. Information subject to change without notice.
Lit. # 538695

EXHIBIT
C



CART    about
SEARCH    CONTACT

Home

Home
Sun
SGI
Networking
Surplus Items
Support

## Get Linux Certification! UNIXSurplus customers receive a $500 discount!

Thanks for visiting UnixSurplus. We specalize in custom configured Sun Microsystems servers. We have a complete stock of upgrades for everything from the Latest Sun Ultra to your Sparc 5. If you don't find what you are looking for here, Feel free to give us a call 408-235-UNIX

See our eBay auctions for some killer deals.

| Name | Product Description | Price |
|------|---------------------|-------|
| Mylex DAC1164P 64Bit PCI 3Ch eXtremeRAID 1100 | **Mylex DAC1164P 64Bit PCI3 Channel eXtremeRAID 110...** | $150.00 |
| Sun Sparc 5, or 20 Internal CDROM Drive w/ Mounting Kit | The CDROM you wish your Sparc 5/20 had This is a CD... | $45.00 |
| Sun 220R with Dual 450Mhz 4MB Cache Ultrasparc 2 Processors | **Sun 220R with Dual 450Mhz 4MB Cache Ultrasparc 2 ...** | $1695.00 |
| Sun 280R Dual 900Mhz 8MB Cache Ultrasparc 3 Processors | **This guy will be the fastest box in your Rack!...** | $12995.00 |
| Sun E4500 **Superman** 8x400Mhz Processors 8GB NEW IN BOX(Like V480) | *Now you can have a NEW IN BOX 8x400Mhz UltraSparc...* | $9995.00 |

| | | |
|---|---|---|
| SUN E450 Oracle server Quad 300MHz 2GB 4x 18GB10K | The E450 is one of the most respected Oracle servers... | $1595.00 |
| Sparc 5 Solaris Training System 256 MB 4 GB HD | SPARCstation 5 Training System with 256Mb memory and... | $95.00 |
| Sun Ultra 10 360MHz 512MB 9GB Solaris 8 | The Sun Ultra 10 is a great machine for anyone who n... | $395.00 |
| Sun Ultra 5 270MHz 128Mb 4Gb Training System | Sun Ultra 5 UNIX Training System with 270 MHz UltraS... | $275.00 |
| Sun Ultra 60 Creator 3D 450MHz/4MB 36 GB 512 MB | We just bought several off-lease Sun Ultra 60's. We ... | $2595.00 |
| Sun Sparc 20 SM71 75Mhz System Complete | **Have you been shopping for a Sun Server?Ti...** | $79.00 |
| Sun Ultra 1 170E 128MB 9GB Creator Graphics | Sun Ultra 1 170E is a great system for development o... | $145.00 |
| Sun Ultra 2 Dual 200 MHz 256MB 9GB | Sun Ultra 2 Dual 200 MHz UltraSPARC processor.The Ul... | $275.00 |
| Sun 36GB SCSI 1" Hard Drive 10,000 RPM X5242 | More more more Storage capacity for your Sun... | $395.00 |
| Sun 73GB 15000RPM FC-AL 1" Drive X6763 | This is the top end drive for your StorEdge array. ... | $995.00 |
| Sealed SGI IRIX 6.5.11 Media Set | **Looking to install IRIX? Don't want to pay SGI $...** | $195.00 |
| **Sun Fire V210** - 1U Sun Server with Dual 1.3 GHz 8GB Dual 73GB RAID V240 | **Sun Fire V210** - 1U Sun Server with Dual 1.3 G... | $6499.00 |

Case3:08-cv-05118-WHA   Document1   Filed12/02/08   Page23 of 24

| | | |
|---|---|---|
| Sun A1000 430GB Hardware RAID array with 12 15k RPM 36 GB drives | **430GB of Hardware RAID for enterprise environment**... | $3500.00 |
| Sun A1000 430GB Hardware RAID array with 12 10K RPM 36 GB drives NEW!! | **430GB of Hardware RAID for enterprise environment**... | $5500.00 |
| Adapter 13W3 to HD15 Sun To PC Monitor | **Connect your Sun/SGI workstation to your PC monit**... | $29.95 |
| Sun Solaris 8 Media kit with latest driver updates | This is a Sun Solaris 8 Media kit, with all the orig... | $29.95 |
| Intel SR1200 Server Dual P3 1.4GHz 2GB 146GB Gigabit Ethernet NEW!! | The Intel P3 Coppermine has faster floating point un... | $1395.00 |
| Cisco ONS 15808 Dual 10 Gigabit per second Long Haul Optical Mux | Cisco ONS 15808 Dual 10 Gigabit per second Long Haul... | $15000.00 |

UnixSurplus, Bodoman, JB Data Management and Systems, and certain other trademarks apearing on this website are trademarks of JB Data Management and Systems in the United States and other countries.

Sun, Sun Microsystems, the Sun logo, iForce, Java, Netra, Solaris, Sun Cobalt, Sun Fire, Sun Ray, SunSpectrum, Sun StorEdge, SunBlade, Enterprise, Sparc, UltraSparc, SunSolve, SunTone, The Network is the Computer, all trademarks and logos that contain Sun, Solaris, or Java, and certain other trademarks and logos appearing on this website, are trademarks or registered trademarks of Sun Microsystems, Inc. in the United States and other countries.

Silicon Graphics, Indigo, Indigo 2, Indy, Onyx, OpenGL, and O2 are registered trademarks, and SGI and Origin are trademarks, of Silicon Graphics, Inc.

NetApp, the Network Appliance logo, FAServer, FilerView, NetCache, SecureShare, SnapManager, SnapMirror, SnapRestore, and WAFL are registered trademarks and Network Appliance, ApplianceWatch, BareMetal, Camera-to-Viewer, Center-to-Edge, ContentDirector, ContentFabric, DataFabric, Data ONTAP, EdgeFiler, HyperSAN, InfoFabric, MultiStore, NearStore, NetApp Availability Assurance, NetApp ProTech Expert, NOW, NOW (NetApp on the Web), RoboCache, RoboFiler, SecureAdmin, Serving Data by Design, Smart SAN, SnapCache, SnapCopy, SnapDirector, SnapDrive, SnapFilter, SnapMigrator, Snapshot, SnapSuite, SnapVault, SohoCache,

SohoFiler, The evolution of storage, Vfiler, and Web Filer are trademarks of Network Appliance, Inc. in the U.S. and other countries.

Belkin, Belkin Components, OmniView, OmniCube and certain other trademarks apearing on this website are trademarks or registered rademarks of Belkin Components in the U.S. and other countries.

Aironet, ASIST, BPX, Catalyst, CCDA, CCDP, CCIE, CCNA, CCNP, Cisco, the Cisco Certified Internetwork Expert logo, Cisco IOS, the Cisco IOS logo, Cisco Press, Cisco Systems, Cisco Systems Capital, the Cisco Systems logo, Empowering the Internet Generation, Enterprise/Solver, EtherChannel, EtherSwitch, Fast Step, GigaStack, IOS, IP/TV, LightStream, MGX, MICA, the Networkers logo, Network Registrar, Packet, PIX, Post-Routing, Pre-Routing, RateMUX, Registrar, SlideCast, StrataView Plus, Stratm, SwitchProbe, TeleRouter, VCO, and certain other trademarks apearing on this website are trademarks or registered rademarks of Cisco Systems, Inc. in the U.S. and other countries.

All other brands or products are trademarks or registered trademarks of their respective holders and should be treated as such.

Trademarks and registered trademarks appearing on this site do not imply any relationship between JB Data Management and Systems and the respective trademark or registered trademark's owner.

Copyright © 2008. Please read our Privacy and Returns Policies.
E-Commerce solution provided by Zoovy.