1    MEGAN DIXON (State Bar No. 162895)
     MARK V. HOOGLAND (State Bar No. 244559)
2    **HOGAN & HARTSON, L.L.P.**
     4 Embarcadero Center, 22nd floor
3    San Francisco, California 94111
     Telephone: (415) 374-2300
4    Facsimile: (415) 337-2499

5    Attorneys for Plaintiff
     SUN MICROSYSTEMS, INC.
6
     RICHARD F. CAULEY (State Bar No. 109194)
7    JENNIFER L. ISHIMOTO (State Bar No. 211845)
     JASON B. WITTEN (State Bar No. 220612)
8    **WANG, HARTMANN, GIBBS & CAULEY P.C.**
     A Professional Law Corporation
9    1301 Dove Street, Suite 1050
     Newport Beach, California 92660
10   Telephone: (949) 833-8483
     Facsimile: (949) 833-2281
11
     Attorneys for Defendants
12   UNIX SURPLUS AND JOHN BODO.

13

14                   UNITED STATES DISTRICT COURT

15          NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

16

17   SUN MICROSYSTEMS, INC.,                  CASE NO.: CV 08-05416 WHA

18                 Plaintiff,            **JOINT STIPULATION AND
                                         [PROPOSED] ORDER EXTENDING**
19          v.                           **TIME FOR FILING ADR
                                         CERTIFICATION AND**
20   UNIX SURPLUS, an entity of unknown form;  **RESCHEDULING CASE**
     JOHN BODO, an individual; AND DOES 1-10,  **MANAGEMENT CONFERENCE**
21                 Defendants.

22                                       The Honorable William H. Alsup

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR FILING ADR CERTIFICATION
AND RESCHEDULING CASE MANAGEMENT CONFERENCE

1    WHEREAS the parties to this litigation, Plaintiff SUN MICROSYSTEMS, INC.

2    and Defendants UNIX SURPLUS and JOHN BODO (collectively "the parties") have been

3    actively engaged in good faith settlement negotiations; and

4    WHEREAS the parties agree that an additional two weeks time will likely enable

5    them to reach agreement to resolve this matter without additional expenditure of this Court's

6    time;

7    WHEREAS the deadline for holding the Rule 26(f) conference is February 20,

8    2009;

9    WHEREAS the deadline for filing the ADR Certification and the ADR Stipulation

10   or Notice of Need is February 20, 2009;

11   WHEREAS the deadline for filing a Rule 26(f) Report is March 6, 2009;

12   WHEREAS the Case Management Conference is set for March 12, 2009;

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    THEREFORE, IT IS STIPULATED AND AGREED by Plaintiff and Defendants,

2    through their respective counsel of record, as follows:

3    (1) The deadline for holding the Rule 26(f) conference shall be extended to March

4    6, 2009;

5    (2) The deadline for filing the ADR Certification and the ADR Stipulation or

6    Notice of Need shall be extended to March 6, 2009;

7    (3) The deadline for filing a Rule 26(f) Report shall be extended to March 20,

8    2009; and

9    (4) The Case Management Conference is rescheduled for March 27, 2009.

10    IT IS SO STIPULATED.

11

12    DATED: February 19, 2009

13    By:_____/s/_____

14    MEGAN DIXON
       **HOGAN & HARTSON, L.L.P.**

15    4 Embarcadero Center, 22nd floor
       San Francisco, California 94111
       Telephone: (415) 374-2300
16    Facsimile: (415) 337-2499

17    *Attorneys for Plaintiff*
       SUN MICROSYSTEMS, INC.

18

19

20    By:_____/s/_____

       RICHARD F. CAULEY
21    **WANG, HARTMANN, GIBBS & CAULEY P.C.**
       1301 Dove Street, Suite 1050
22    Newport Beach, California 92660
       Telephone: (949) 833-8483
23    Facsimile: (949) 833-2281

24    *Attorneys for Defendants*
       UNIX SURPLUS AND JOHN BODO.

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR FILING ADR CERTIFICATION
AND RESCHEDULING CASE MANAGEMENT CONFERENCE

1   I, Megan Dixon, am the ECF User whose ID and password are being used to file this Joint

2   Stipulation and [Proposed] Order Extending Time  For Filing ADR Certification and

3   Rescheduling Case Management Conference.  In compliance with General Order 45, X.B., I

4   hereby attest that Richard F. Cauley has concurred in this filing.

5

6   DATED: February 19, 2009             HOGAN & HARTSON LLP

7

8                                        By_____/s/_____

9                                               Megan Dixon

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR FILING ADR CERTIFICATION
AND RESCHEDULING CASE MANAGEMENT CONFERENCE

1
2

## [~~PROPOSED~~] ORDER

3
4

Upon reading and considering the stipulation of the parties and good cause appearing,

5
6

IT IS HEREBY ORDERED that:

7       1.      The deadlines for holding the Rule 26(f) conference and for filing the ADR

8   Certification, ADR Stipulation or Notice of Need, and Rule 26(f) Report are hereby modified

9   and the Case Management Conference is rescheduled.

10       2.      The parties shall hold a Rule 26(f) conference by March 6, 2009.

11       3.      The parties shall file an ADR Certification and an ADR Stipulation or Notice of

12   Need by March 6, 2009.

13       4.      The parties shall file a Rule 26(f) Report by March 20, 2009.

14       5.      The Case Management Conference is rescheduled for March 27, 2009.

15   There will be no further continuances.

16
17   Dated:  February 19   , 2009          _____

18                                         The Hon.                     . Alsup

19                                         U.S. Dis

20

21

22

23

24

25

26

27

28

---

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR FILING ADR CERTIFICATION
AND RESCHEDULING CASE MANAGEMENT CONFERENCE